DATE _____  CASE NUMBER _____
LOCATION   Sherman               USA          _____ Assigned
JUDGE     Christine A. Nowak      vs          _____ Appeared
DEPUTY CLERK  Keary Conrad
COURT REPORTER: Digital Recording
INTERPRETER: _____
BEGIN: _____      Defendant _____

                                 Attorney _____

☐  INITIAL APPEARANCE        ☐ ARRAIGNMENT       ☐ DETENTION HEARING

☐  Hearing Held    ☐  Hearing Called    ☐  Defendant Sworn    ☐  Interpreter Required

☐  Dft appears: ☐ with ☐ without counsel    ☐ pro se    ☐ Counsel appears on behalf of defendant
   Appears on: ☐ Complaint ☐ Indictment

☐  Date of arrest: _____      (Other district court & case #) _____
☐  Dft  ☐ advised of charges    ☐ advised of maximum penalties    ☐ Advised of right to remain silent;
        ☐ advised of right to counsel    ☐ received copy of indictment
        ☐ received copy of complaint
☐  Dft first appearance with counsel  ☐ CJA appointed  ☐ Retained  ☐ Federal Public Defender appointed

☐  Defendant advises the Court that he/she ☐ has counsel who is _____ or, ☐ will hire counsel.
☐  If dft cannot retain counsel, the court is to be advised within ____ days so counsel may be appointed.
☐  Defendant requests appointed counsel, is sworn & examined re: financial status.
☐  Financial affidavit executed by dft. The court finds the defendant ☐ able ☐ unable to employ counsel.
☐  _____ appointed    US Public Defender appointed _____
☐  Govt motion for detention ☐ Govt oral motion for continuance    ☐ Oral Order granting ☐ Oral Order denying
☐  Defendant oral motion to continue preliminary and detention hearing    ☐ Oral Order granting ☐ Oral Order denying
☐  Arraignment and Detention set _____    ☐ Temp Detention Order Pending Hearing
☐  Order setting conditions of release    ☐ PR Bond executed
☐  Dft signed Waiver of Detention Hearing.
☐  Defendant remanded to the custody of the United States Marshal.
☐  Dft motion _____
☐  Gvt motion _____
☐  Defendant failed to appear  ☐ oral order for arrest warrant;    ☐ bond forfeited
☐  Court adjourned.

**ARRAIGNMENT**

☐  Interpreter sworn    ☐ Initial Appearance held _____

☐  Arraignment held    ☐  Arraignment called    ☐  Arraignment reset: _____
☐  Dft  ☐ sworn
☐  Dft  ☐ Prob violator ☐ Super Rel violator appears: ☐ with ☐ w/o cnsl ☐ pro se ☐ Cnsl appears on behalf of deft

☐ Completed Financial Affidavit _____ appointed.

☐ Arraignment RESET to:_____

☐ Dft ☐ sworn
☐ received copy of charges ☐ discussed charges with counsel ☐ charges read
☐ waived reading of charges

------------------------

Dft enters a plea of: ☐ not guilty ☐ guilty ☐ nolo ☐ guilty - lesser

to counts: ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☐ 7 ☐ 8 ☐ 9 ☐ 10 ☐ 11 ☐ 12 ☐ _____

☐ all counts; ☐ indictment includes forfeiture

☐ Pretrial Discovery and Inspection Order entered. Case set for final pretrial conference / jury selection and trial setting on
_____

## DETENTION HEARING

☐ Dft ☐ Prob violator ☐ Super Rel violator appears ☐ with ☐ w/o cnsl ☐ pro se ☐ Cnsl appears on behalf of deft

☐ Government announced ready. ☐ Govt ORAL Motion to withdraw Motion for Detention ☐ Granted ☐ Denied

☐ Dft ORAL Motion to continue Detention Hearing ☐ Granted ☐ Denied

☐ Government moves to DETAIN    Government orally requests continuance    Granted    Denied

☐ Defendant requests continuance of detention hearing

☐ **RESET Detention Hrg to:** _____

☐ Defendants announced ready. ☐ Detention Hearing waived and remanded to USMO

☐ Presumption Case ☐ Conditions of Release entered and Dft released from custody

☐ Government witnesses: ☐ Defendant witnesses:

☐ PROCEEDINGS:

Court determines to ☐ DETAIN ☐ RELEASE. ☐ Order setting conditions of release entered and Dft released ☐ Bond executed

☐ Order of Detention .☐ Defendant remanded to custody of U.S. Marshal.