IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:17CR177 |
| | § | Judge Mazzant |
| CLARENCE ROLAND (2) | § | |

## NOTICE OF PLEA AGREEMENT

The United States of America hereby notifies the Court that the Defendant, **Clarence Roland**, through his counsel of record, Micah Belden, and the Government, have entered into a plea agreement in relation to the charges now pending before the Court.

Respectfully submitted,

JOSEPH D. BROWN
UNITED STATES ATTORNEY

*/s/*
Christopher A. Eason
Assistant United States Attorney
Oklahoma Bar No. 20197
101 East Park Boulevard, Suite 500
Plano, Texas 75074
tel: (972) 509-1201
fax: (972) 509-1209
chris.eason@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify a true and correct copy of the foregoing was served by electronic filing to counsel for the defendant on this the 18th day of June, 2018.

                                             */s/*
                                             Christopher A. Eason