IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CLARENCE ROLAND, #30131-086 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:20cv126 |
| | § | CRIMINAL ACTION NO. 4:17cr177(2) |
| UNITED STATES OF AMERICA | § | |

## ORDER OF DISMISSAL

This case was referred to United States Magistrate Judge Christine A. Nowak, who issued a Report and Recommendation concluding that Plaintiff's case should be dismissed for lack of jurisdiction. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections having been timely filed, the Court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that Movant's Motion to Vacate, Set Aside, or Correct Sentence (Dkt. #1) is **DISMISSED** based on lack of jurisdiction. A certificate of appealability is **DENIED**. All motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED** this 30th day of April, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE